IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIMEE MORAN and JESSICA MAZZEO,<br>    *Plaintiffs*, | :<br>:<br>: | |
| v. | :<br>: | CIVIL ACTION<br>NO. 21-3327 |
| ROCKWELL DEVELOPMENT GROUP,<br>LLC, *et al.*,<br>    *Defendants*. | :<br>:<br>: | |

## ORDER

**AND NOW**, this 21st day of March, 2022, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 18), it is hereby **ORDERED** that said Motion is **GRANTED IN PART AND DENIED IN PART**. Accordingly, Counts IV and V of Plaintiffs' Amended Complaint are **DISMISSED**. Should Plaintiffs wish to file a further Amended Complaint, they shall have **thirty (30) days** from the date of this Order to do so.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.