# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIMEE MORAN et al. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-3327 |
| ROCKWELL DEVELOPMENT | : | |
| GROUP LLC et al. | : | |

## ORDER

**AND NOW**, this 23rd, day of January, 2024, upon consideration of Defendant Valley Forge Real Estate Group, LLC F.R.C.P.12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint against Valley Forge Real Estate Group, LLC (ECF No. 45), and Plaintiffs' Motion to Compel Discovery Responses and Disclosures From Defendant Valley Forge Real Estate Group, LLC (ECF No. 51), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant Valley Forge Real Estate Group, LLC ("VFREG")'s Motion is **DENIED**;

2. Plaintiffs' Motion is **DISMISSED** as moot;

3. VFREG shall serve objections and responses to Plaintiffs' discovery requests at issue in their Motion to Compel within fourteen (14) days of this Order;

4. Within twenty-one (21) days of this Order, all parties shall file a joint letter on ECF proposing dates for the completion of fact discovery, dispositive motions, oppositions to any dispositive motions, and trial.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**